| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email address | FOR COURT USE ONLY |
|---|---|
| **Brian J. Soo-Hoo 228298**<br>**Bankruptcy Law Professionals**<br>**601 Parkcenter Drive, Ste. 105**<br>**Santa Ana, CA 92705-3543**<br>**(714) 589-2252 Fax: (714) 589-2254**<br>California State Bar Number: **228298**<br>ecf@bankruptcylawpros.com | |

☐ Individual appearing without attorney
☑ Attorney for: **Debtor**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re

**James Patrick Maher**

Debtor(s).

CASE NO.: **8:13-bk-14355-ES**
CHAPTER 13

**MOTION UNDER LBR 3015-1(n) AND (w) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**

[No Hearing Required]

1. The Debtor hereby moves this court to modify the confirmed Chapter 13 Plan or suspend plan payments, as set forth in detail below.

2. The purpose of this motion is to (*check all that apply*):
   ☐ Cure the delinquency.
   ☐ Address the expiration of the plan.
   ☑ Cure the infeasibility of the plan.
   ☐ Modify the amount of the plan payment, the length of the plan and/or the percentage to be paid to unsecured creditors because of a change in financial circumstances.

3. Terms of original confirmed Chapter 13 plan:
   The Order Confirming Plan was entered on **10/15/2013**.
   Plan payment amount(s): $__ per month.
   Length of plan: **60** months.
   Percentage paid to Class 5 general unsecured creditors: **100** %.

4. There have been ___**0**___ previous modification or suspension orders.
   Plan payments have been suspended for __ months and/or the plan has been extended for __ months.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 1                        F 3015-1.05.MOTION.MODIFY.SUSPEND

5. Current plan terms *(complete this section if the confirmed chapter 13 plan has been subject to a previous modification or suspension order)*:
Plan payment amount(s): $____ per month.
Length of plan: ____ months.
Percentage paid to Class 5 general unsecured creditors: ____%.

6. Proposed modification:
   ☐ Suspend *(indicate number of plan payments)* __ plan payments.
   ☐ Extend the term by *(indicate number of months)* __ month(s).
   ☐ Reduce the term by *(indicate number of months)* __ month(s).
   ☐ Increase the plan payment from $___ to $___ from *(date)* _____ to *(date)* _____.
   ☐ Reduce the plan payment from $___ to $___ from *(date)* _____ to *(date)* _____.
   ☑ Complete the plan excluding the balance owed to Navient CFC Claim #3 on the Claims Register

7. Since the Order Confirming Plan or the last modification or suspension order was entered, the debtor's(s') circumstances have changed in the following respect:

   Debtor's plan was completed as of June 2018 and he tendered the payoff amount as requested on the Trustee's Motion to Dismiss case filld on 6/8/18 as docket number 48 and Notice of Withdrawal of Motion filed on 7/13/18 as docket number 50, copies of which are attached hereto as Exhibit "A".

   Debtor respectfully request to be allowed to exclude the debt to Navient CFC form the plan and be allowed to make payments directly to Navient CFC on its balance of $124,513.08 as this account is non-dischargeable regardless of the bankruptcy.

*File and serve amended schedules I and J (if appropriate) and supporting documentation concerning the basis for this motion including, but not limited to, proof of income.*

8. If this motion is granted, the last plan payment due would be payable **60** months after the first plan payment was due.

9. If this motion is granted:
   ☑ There will be no change in the percentage paid to Class 5 general unsecured creditors,
   OR
   ☐ The percentage paid to Class 5 general unsecured creditors will change from __% to __%.

Date: 9/24/18

Brian J. Soo-Hoo 228298
Attorney for Debtor

I declare under penalty of perjury that the following is true and correct.
Date: 9/24/18

James Patrick Maher
Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012        Page 2        F 3015-1.05.MOTION.MODIFY.SUSPEND

# EXHIBIT "A"

Case 8:13-bk-14355-ES    Doc 48    Filed 06/08/18    Entered 06/08/18 15:24:01    Desc
Page 1 of 2

```
AMRANE COHEN
CHAPTER 13 TRUSTEE
770 The City Drive South, Suite 8500
Orange CA, 92868
Tel: (714) 621-0200
Fax: (714) 621-0277
```

UNITED STATES BANKRUPTCY COURT CENTRAL
DISTRICT OF CALIFORNIA-SANTA ANA DIVISION

| IN RE:<br>JAMES PATRICK MAHER<br><br>Debtor(s). | Chapter 13<br>Case No.: 8:13-bk-14355-ES<br>NOTICE OF MOTION AND VERIFIED MOTION FOR ORDER DISMISSING CHAPTER 13 PROCEEDING (11 U.S.C. - 1307(C)) |
|---|---|

PLEASE TAKE NOTICE THAT THE TRUSTEE HEREIN MOVES FOR AN ORDER DISMISSING THIS PROCEEDING ON OR AFTER 6/29/2018 UNLESS ARRANGEMENTS ARE MADE BY THE ABOVE-NAMED DEBTOR(S) TO TENDER THE APPROXIMATE PAYOFF AMOUNT OF $450.00 OR OTHERWISE COMPLETE THE CASE WITHIN THE TIME PERMITTED BY 11 U.S.C. 1322(d). THIS MOTION IS BASED ON THE FOLLOWING GROUNDS (1) UNREASONABLE DELAY BY THE DEBTOR(S) WITH RESPECT TO THE TERM OF THE CONFIRMED PLAN BY FAILING TO COMPLETE THE PLAN ACCORDING TO ITS TERMS (11 U.S.C. 1307(c)(6)).

THIS MOTION MAY BE GRANTED WITHOUT A HEARING, PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1(o)(1). ANY PARTY IN INTEREST WHO WISHES TO OPPOSE THE MOTION MUST OBTAIN A HEARING DATE FROM THE CLERK OF THE COURT FOR THE SANTA ANA DIVISION AND MUST SERVE AND FILE HIS OPPOSITION PAPERS ON THE TRUSTEE WITHIN FOURTEEN(14) DAYS OF THE DATE OF SERVICE OF THIS MOTION.

/s/AMRANE COHEN
AMRANE COHEN

AMRANE COHEN DECLARES UNDER PENALTY OF PERJURY THAT HE IS THE DULY APPOINTED, QUALIFIED AND ACTING CHAPTER 13 TRUSTEE AND THE FOREGOING IS TRUE AND CORRECT. EXECUTED AT ORANGE, CALIFORNIA ON

DATED: June 08, 2018

/s/AMRANE COHEN
AMRANE COHEN

| In re: | | CHAPTER 13 |
|---|---|---|
| James Patrick Maher<br>27 Via Lavendera<br>RanchoSantaMargarita, CA 92688 | Debtor(s). | Case No.:8:13-bk-14355-ES |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

770 THE CITY DR. SOUTH, #8500
ORANGE, CA 92868

The foregoing document described as <u>MOTION TO DISMISS CHAPTER 13 CASE</u> will be served or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") -** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 6/8/2018 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Brian J Soo-Hoo                                   ecf@bankruptcylawpros.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 6/8/2018 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage theron fully prepaid in the United States Mail and /or with an overnight mail service addressed as follows:

James Patrick Maher
27 Via Lavendera
RanchoSantaMargarita, CA 92688

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) who consented in writing to such service method, by facsimile transmission and/or email as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/8/2018 | CHRIS WILLISON | /s/ CHRIS WILLISON |
|---|---|---|
| Date | Type Name | CHRIS WILLISON |

Case 8:13-bk-14355-ES    Doc 50    Filed 07/13/18    Entered 07/13/18 13:18:27    Desc
Main Document    Page 1 of 1

AMRANE COHEN
CHAPTER 13 TRUSTEE
770 The City Drive South, Suite 8500
Orange CA, 92868
Tel: (714) 621-0200
Fax: (714) 621-0277

# UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>JAMES PATRICK MAHER<br><br>Debtor(s). | Chapter 13<br>Case No.: 8:13-bk-14355-ES<br><br>**NOTICE OF WITHDRAWAL OF TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 (11 U.S.C. - 1307(C))**<br><br>(No Date Set) |

TO DEBTOR(S), COUNSEL, ALL OTHER INTERESTED PARTIES:

Notice is hereby given that the Chapter 13 Trustee hereby withdraws his Motion To Dismiss the Case (11 U.S.C. 1307(C)) dated June 08, 2018, Docket No.48.

July 13, 2018

/s/ Amrane Cohen
Amrane Cohen
Chapter 13 Trustee

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
601 Parkcenter Drive, Ste. 105
Santa Ana, CA 92705-3543

A true and correct copy of the foregoing document entitled (*specify*): __Motion Under Local Bankruptcy Rule 3015-1(n) and (w) To Modify Plan or Suspend Plan Payments__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __9/21/2018__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| Name | Email |
|---|---|
| Sean D. Allen | allen@RAattorneys.com |
| Sunny Bhagtani | sunny.bhagtani@americaninfosource.com |
| Heather D Bock | hb@mccallaraymer.com, lgs@mccallaraymer.com |
| Jessica L Carter | jesscia.carter2@wellsfargo.com |
| Matthew R. Clark | bankruptcyecfs@gmail.com, mclark@ecf.courtdrive.com |
| Amrane (SA) Cohen (TR) | efile@ch13ac.com |
| Vanessa A Cole | vanessa.a.cole@wellsfargo.com, thoraschim@wellsfargo.com |
| Tunisia Cooper | tunisia.cooper@wellsfargo.com |
| Pennie L Cruchelow | pennie.l.cruchelow@wellsfargo.com, pennie.l.cruchelow@wellsfargo.com |
| Christopher Darden | Christopher.Darden@wellsfargo.com |
| Cristina DiGiannantonio | bkyecf@rasflaw.com, ras@ecf.courtdrive.com;bkyecf@rasflaw.com |
| Angela Frazier | angela.frazier@wellsfargo.com |
| Erin Holliday | erin.holliday@wellsfargo.com |
| Alexis Hoover | alexis.n.hoover@wellsfargo.com |
| JoVan Jones | javon.jones@wellsfargo.com |
| Alyssa B Klausner | abk@sghoalaw.com Keith Labell lkabell@rasflaw.com, lkabell@rasflaw.com |
| Diana K Montilla | diana.montilla@wellsfargo.com |
| Darshana Shah | Darshana.h.shah@wellsfargo.com |
| Joseph Smith | joseph.smith4@wellsfargo.com |
| Joshua M Staebell | Joshua.M.Staebell@wellsfargo.com, Joshua.M.Staebell@wellsfargo.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Darlene C Vigil | cdcaecf@bdfgroup.com |
| Kelli R Wygant | kelli.wygant@wellsfargo.com |
| Kristin A Zilberstein | ecfnotifications@ghidottilaw.com |

☐ Service information continued on attached page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 3                    F 3015-1.05.MOTION.MODIFY.SUSPEND

**2. SERVED BY UNITED STATES MAIL:**
On __09/24/2018__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Judge | Debtor |
|---|---|
| Honorable Erithe Smith<br>US Bankruptcy Judge<br>411 W Fourth St Ste 5040<br>Santa Ana CA 92701 | James Patrick Maher<br>27 Via Lavendera<br>Rancho Santa Margarita, CA 92688 |

**Address & Individual Pursuant to Claim and Schedule(s) D/E/F**

NAVIENT CFC
C/O Navient Solutions, LLC.
PO BOX 9640
Wilkes-Barre, PA 18773-9640

Merit Property Management
1 Polaris Way Suite 100
Aliso Viejo CA 92656-5356

S.B.S. Lien Services
31194 La Baya Dr., Ste. 106
Thousand Oaks CA 91362

Debbie Francis
Loan Servicing Specialist III
Navient Solutions LLC
220 Lasley Ave
Wilkes-Barre PA 18706

Association Lien Services
PO Box 64750
Los Angeles CA 90064

Wells Fargo Bank
c/o Barrett Daffin Frappier Tredder & Weiss LLP
20955 Pathfinder Rd Ste 300
Diamond Bar CA 91765

Wells Fargo Home Mortgage
8480 Stagecoach Circle
Frederick MD 21701

Wells Fargo Bank
Attn: BK Dept - MAC #T7416-023
4101 Wiseman Blvd
San Antonio TX 78251

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 24, 2018 | Maria Toscano | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 4    F 3015-1.05.MOTION.MODIFY.SUSPEND