| | FOR COURT USE ONLY |
|---|---|
| Jay K. Chien, SBN 251343<br>Amrane Cohen, Chapter 13 Trustee<br>770 The City Drive South, Suite 8500<br>Orange, CA 92868<br>Phone: (714) 621-0200  Fax (714) 621-0277<br><br><br><br>Chapter 13 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>James Patrick Maher<br><br><br><br><br>Debtor(s). | CASE NUMBER 8:13-bk-14355-ES<br><br>CHAPTER  13<br><br>**TRUSTEE'S COMMENTS ON OR OBJECTION**<br><br>[No Hearing Required] |
|---|---|

**TRUSTEE'S COMMENTS ON OR OBJECTION TO:**

☒ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**

☐ **DEBTOR'S MOTION FOR AUTHORITY TO INCUR DEBT**

☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**

☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**

☐ **OTHER:**

The undersigned Chapter 13 Trustee, having reviewed Debtor's Motion filed on __9/24/18__ as docket entry number ____60____, recommends:

☒   APPROVAL

**Trustee recommends terms as follows:**
1) **Proof of Claim #3 of student loan creditor Navient Solutions is to be paid directly outside the plan by the Debtor.**
2) **No other changes to the terms and conditions of the plan.**

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                     Page 1          **F 3015-1.13.TRUSTEE.COMMENT.GENRL**

<u>     Debtor(s) are to file a declaration re non-receipt of objection to the motion on or after 10/18/18 if no objection is filed by other parties.  Debtor(s)' Attorney to upload an electronic order approving the motion if no party objects or setting the motion for a hearing if a party files an objection to the motion.</u>

☐ See attached sheet.

☐ APPROVAL on the following conditions:

☐ See attached sheet.

☐ DISAPPROVAL for the following reasons:

☐ See attached sheet.

☐ Set for hearing.

Dated: <u>10/2/2018</u>                                    <u>/s/  Amrane Cohen                                         </u>
                                                          Amrane Cohen, Chapter 13 Trustee

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                     Page 2        **F 3015-1.13.TRUSTEE.COMMENT.GENRL**

*December 2012*

**[THIS PAGE INTENTIONALLY LEFT BLANK.]**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 3015-1.13.TRUSTEE.COMMENT.GENRL**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

770 The City Drive South, Suite 8500, Orange, CA 92868

A true and correct copy of the foregoing document entitled (*specify*): **TRUSTEE'S COMMENTS ON OR OBJECTION TO: DEBTOR'S MOTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/2/18, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

-- Amrane Cohen   efile@ch13ac.com; United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
Brian J Soo-Hoo ecf@bankruptcylawpros.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/2/18, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

James Patrick Maher
27 Via Lavendera
RanchoSantaMargarita, CA 92688

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

-- The Honorable Erithe A. Smith

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/2/18 | Alexis Lopez | /s/ Alexis Lopez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                      Page 4         **F 3015-1.13.TRUSTEE.COMMENT.GENRL**