| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Brian J. Soo-Hoo, Esq. (SBN: 228298)<br>Bankruptcy Law Professionals<br>601 Parkcenter Dr., Suite 105<br>Santa Ana, CA 92705<br>Tel:  714-589-2252<br>Fax:  714-589-2254<br>Email:  ecf@bankruptcylawpros.com | **FILED & ENTERED**<br><br>**OCT 22 2018**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** duarte    **DEPUTY CLERK** |
| ☐ *Debtor appearing without attorney*<br>☒ *Attorney for: Debtor*<br>☐ *Chapter 13 trustee* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - _SANTA ANA_ DIVISION**

| In re:<br><br>JAMES PATRICK MAHER, | CASE NO.: 8:13-bk-14355-ES<br><br>CHAPTER: 13 |
|---|---|
| | **ORDER ON:**<br>☒ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO LOAN MODIFICATION**<br>☐ **OTHER:** |
| | ☒ No hearing held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>PLACE: |
| Debtor(s). | |

Based on Debtor's motion filed on (*date*) _September 24, 2018_ as docket entry number _60_ and the recommendation of the chapter 13 trustee, it is ordered that Debtor's motion is:

☐    Granted         ☐    Denied

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*      Page 1      **F 3015-1.14.ORDER.CH13.GENRL**

☒ Granted on the terms set forth in the chapter 13 trustee's comments on or objection to Debtor's motion

☐ Granted on the following conditions:

☐ Set for hearing on (*date*) _____ at (*time*) _____.

###

Date: October 22, 2018

Erithe Smith
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 3015-1.14.ORDER.CH13.GENRL**