**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
**770 The City Drive South, Suite 8500**
**Orange CA, 92868**
**Tel: (714) 621-0200**
**Fax: (714) 621-0277**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>JAMES PATRICK MAHER<br><br>Debtor(s). | Case No.: 8:13-bk-14355-ES<br><br>**NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, AND OBTAIN DISCHARGE OF CHAPTER 13 TRUSTEE.**<br>**(Post BAPCPA Case)** |

TO: THE ABOVE NAMED DEBTOR(S), THEIR CREDITORS, THE UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA AND ALL OTHER PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that Amrane Cohen the Chapter 13 Trustee in the above-captioned case, intends to file a Final Report & Account, a copy of which is printed on the next page of this notice, and to obtain discharge of the Chapter 13 Trustee.

NOTICE IS HEREBY GIVEN that any remaining balance on hand less applicable trustee fees and attorney fees will be refunded to the debtor(s);

NOTICE IS HEREBY GIVEN that any party objecting to the Final Report & Account may file and serve a written objection and request a hearing. In the event no objection is filed within thirty (30) days after the date of this Notice, the Court will discharge the Trustee's bond. (see Rule 5009, F.R.B.P.);

NOTICE IS FURTHER GIVEN that objection (s), if any, shall be filed with this Court and served upon the Chapter 13 Trustee at the address set forth above, upon the Debtor (s) and Debtor's attorney, if any, and upon the Office of the United States Trustee.

Dated: 11/7/2018

                                              /s/ Amrane Cohen
                                    Amrane Cohen, Chapter 13 Trustee

**PROPOSED FINAL REPORT & ACCOUNT**
**Unsecured Percentage: 100.00 %**

| Claim# | Name | Claim Amount | Principal Paid | Interest Paid | Balance Owed |
|---|---|---|---|---|---|
| 0 | Brian J Soo-Hoo | $1,500.00 | $1,500.00 | $0.00 | $0.00 |
| 1 | Santa Ana Division | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | Association Lien Services | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | First Service Residential | $13,044.14 | $13,044.14 | $0.00 | $0.00 |
| 4 | S.B.S. Lien Services | $1,200.00 | $1,200.00 | $0.00 | $0.00 |
| 5 | United States Trustee (SA) | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | U.S. BANK TRUST N.A. | $38,381.64 | $38,381.64 | $0.00 | $0.00 |
| 7 | Amrane (SA) Cohen (TR) | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | Brian J Soo-Hoo | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | WELLS FARGO OPERATIONS CENTER | $8,292.13 | $8,292.13 | $0.00 | $0.00 |
| 10 | NAVIENT SOLUTIONS, INC. | $124,513.08 | $0.00 | $0.00 | $124,513.08 |

Summary:

| | |
|---|---|
| Total Receipts | $65,935.20 |
| Paid to Claims | $60,917.91 |
| Attorney fees | $1,500.00 |
| Debtor Refund | |
| Trustee fees and costs | $3,510.06 |

| In re: | | **CHAPTER 13** |
| --- | --- | --- |
| James Patrick Maher<br>27 Via Lavendera<br>RanchoSantaMargarita, CA 92688 | Debtor(s). | **Case No.:** 8:13-bk-14355-ES |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

770 THE CITY DR. SOUTH, #8500
ORANGE, CA  92868

The foregoing document described as <u>NOTICE OF INTENT TO FILE FINAL REPORT AND ACCOUNT AND TO OBTAIN ORDER DISCHARGING TRUSTEE</u> will be served  or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") -** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On 11/7/2018  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:


 Brian J Soo-Hoo                                             ecf@bankruptcylawpros.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 11/7/2018 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage theron fully prepaid in the United States Mail and /or with an overnight mail service addressed as follows:

Please see attached List

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____  I served the following person(s) and/or entity(ies) who consented in writing to such service method, by facsimile transmission and/or email as follows:


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/7/2018 | ALDO AMAYA | /s/ ALDO AMAYA |
| --- | --- | --- |
| Date | Type Name | ALDO AMAYA |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                              F 9013-3.1.PROOF.SERVICE

James Patrick Maher
27 Via Lavendera
RanchoSantaMargarita, CA 92688

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4593

Association Lien Services
PO Box 64750
Los Angeles, CA 90064

S.B.S. Lien Services
31194 La Baya Dr., Ste. 106
Thousand Oaks, CA 91362

United States Trustee (SA)
411 W Fourth St., Suite 9041
Santa Ana, CA 92701-4593

Amrane (SA) Cohen (TR)
770 The City Drive South Suite 8500
Orange, CA 92868

Brian J Soo-Hoo
Bankruptcy Law Professionals
601 Parkcenter Dr Ste 105
Santa Ana, CA 92705-3543

Brian J Soo-Hoo
Bankruptcy Law Professionals
601 Parkcenter Dr Ste 105
Santa Ana, CA 92705-3543

WELLS FARGO OPERATIONS CENTER
PO BOX 31557
MAC B6955-01B
BILLINGS, MT 59107

U.S. BANK TRUST N.A.
C/O SN SERVICING CORPORATION
323 5TH STREET
EUREKA, CA 95501

First Service Residential
15241 Laguna Canyon Rd.
Irvine, CA 92618

NAVIENT SOLUTIONS, INC.
PO BOX 9000
WILKES-BARRE, PA 18773-9000