UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

IN RE:                                                        CASE NO. 8:13-bk-14355-ES
                                                              CHAPTER 13
James Patrick Maher
                                                              JUDGE ERITHE A. SMITH

                   DEBTOR                                     **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, AMRANE COHEN CH.13 TRUSTEE files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** First Service Residential

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
|  | 4838 | $0.00 | $13,044.14 | $13,044.14 |
| Total Amount Paid by Trustee |  |  |  | $13,044.14 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit            **X**  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 8:13-bk-14355-ES

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 20th day of November, 2018.

James Patrick Maher, 27 Via Lavendera, RanchoSantaMargarita, CA  92688

ELECTRONIC SERVICE - Brian J Soo-Hoo, Bankruptcy Law Professionals, 601 Parkcenter Dr Ste 105, Santa Ana, CA  92705-3543

First Service Residential, 15241 Laguna Canyon Rd., Irvine, CA  92618

ELECTRONIC SERVICE - United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov


Date:  November 20, 2018                             /s/ CHRIS WILLISON
                                                     CHRIS WILLISON
                                                     ORANGE CITY SQUARE
                                                     770 THE CITY DR. SOUTH, #8500
                                                     ORANGE, CA  92868